UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HASAN KAZMI,<br><br>               Plaintiff,<br><br>       v.<br><br>CCS COMMERICAL, LLC d/b/a CREDIT COLLECTION SERVICES COMMERCIAL,<br><br>               Defendant. | Civil Action No. 14-6132 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court on the motion of Defendant CCS Commercial, LLC, doing business as Credit Collection Services Commercial ("Defendant"), for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. (ECF No. 7.) Plaintiff Hasan Kazmi filed opposition (ECF No. 11), and CCS replied (ECF No. 14). The Court has carefully considered the parties' submissions and decided the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS on this 15 day of July 2015, **ORDERED** that:

1. Defendant's Motion for Judgment on the Pleadings (ECF No. 7) is GRANTED;

2. Judgment is entered in favor of Defendant; and

3. The Clerk of the Court should mark this matter CLOSED.

                                                                                                                         _____<br>
                                                                                              **MICHAEL A. SHIPP**<br>
                                                                                             **UNITED STATES DISTRICT JUDGE**